# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Bennetta Sidney

                       Plaintiff,

v.                                                     Case No.: 1:09–cv–07790
                                                          Honorable Wayne R. Andersen

Thomas J Dart, et al.

                       Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: December 31, 2009

                                                                                         /s/ Wayne R. Andersen

                                                                                 United States District Judge