# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7790 | **DATE** | 1/4/2010 |
| **CASE TITLE** | Sidney vs. Dart, et al. | | |

## DOCKET ENTRY TEXT

The case has been referred here by Judge Anderson on 12/31/09. Parties are to submit by 2/12/2010 a discovery plan and schedule. Status hearing is set for 2/18/2010 at 8:30 a.m. All future discovery disputes will be governed by the following rules and conditions: Strict compliance with Local Rule 37.2 will be required. The Certificate of Compliance must comply precisely with the Rule and, in addition, shall reflect the items discussed, on an item-by-item basis, stating what was discussed and the response from each party, regarding the particular item, including any concessions offered by a party and an explanation of why that concession was rejected. See Autotech Technologies Ltd. Partnership v. Automation Direct.com., 2007 W.L. 2736681 (N.D.Ill 2007). Noncompliance with the certification requirements of Local Rule 37.2 will result in the denial of the motion as will noncompliannce with the requirements in Autotech. All further discovery disputes will be considered against the backdrop of Judge Easterbrook's panel opinion in Rickles v. City of South Bend, Indiana, 33F.3d 785.786 (7th Cir. 1994): "The great operative principle of Rule 37(a)(4) is that the loser pays.' Charles Alan Wright & Arthur R. Miller, 8 Federal Practice and Procedure Section 2288 at 787 (1970). Fee shifting, when the judge must rule on discovery disputes, encourages their voluntary resolution and curtails the ability of litigants to use the legal process to heap detriments on adversaries without regard to the merits of the claim." Finally, there must be strict compliance with Local Rule 5.2(d), which requires that courtesy copies of all filings must be delivered to chambers within 24 hours of their filing, and any attached exhibits must be separated by protruding tabs. Failure to provide Chamber's with an appropriately tabbed courtesy copy will result in denial of the motion. Rule 5.2(e).

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|