# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7790 | **DATE** | 2/18/2010 |
| **CASE TITLE** | Sidney vs. Dart Andersen | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 3/18/2010 at 8:30 a.m. Fact discovery shall close on 5/21/2010; Expert discovery shall be completed by 7/1/2010.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CDH |
|---|---|---|