IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Benetta Sidney | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 09 C 7790 |
| | ) | |
| Thomas J. Dart, Sheriff of Cook County | ) | Judge: Anderson |
| and Cook County Illinois | ) | Magistrate Judge: Finnegan |
| | ) | |
| Defendants. | ) | |

## Notice of Filing

To: See Service List

Please take notice that on June 16, 2010, I filed with the United States District Court for the Northern District of Illinois, Eastern Division, the Plaintiff's Response to Defendant's Motion to Quash the Deposition of Defendant Thomas J. Dart and Members of the Sheriff's Office.

Dated this sixteenth day of June, 2010 at Chicago, Illinois.

Respectfully submitted,

/s/ Thomas G. Morrissey

Thomas G. Morrissey, Ltd.
10249 S. Western Ave.
Chicago, Illinois 60643