UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Bennetta Sidney
                Plaintiff,

v.                                             Case No.: 1:09–cv–07790
                                                        Honorable Wayne R. Andersen

Thomas J. Dart, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 24, 2010:

      MINUTE entry before Honorable Sheila Finnegan: Minute entry of 6/23/2010 is amended to read as follows: Defendants' Motion to Quash Notices of Deposition and for a Protective Order Barring Deposition of Defendant Thomas J. Dart [23] is granted. For reasons discussed in open court, the notice of deposition of defendant Dart is quashed. However, defendants are to supplement certain of the responses to Plaintiff's First Set of Interrogatories (as identified in open court) by 7/7/2010, and defendant Dart is to sign responses to interrogatories served on him in his individual capacity. As to the motion to quash the notices of deposition for twelve Exs–Ops Sheriff Officers, Plaintiff is given until July 23, 2010 to depose four of these officers. The parties are to confer concerning the remaining officers in an effort to reach an agreement that obviates the need for further depositions. If the parties are unable to reach agreement, the parties may raise this issue with the Court during the next status hearing. Telephonic Magistrate Status hearing set for 7/26/2010 at 9:15 a.m. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.