**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BENETTA SIDNEY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 09 C 7790 |
| | ) | |
| v. | ) | Judge: Andersen |
| | ) | Magistrate Judge: Finnegan |
| THOMAS J. DART, SHERIFF OF COOK COUNTY and COOK COUNTY ILLINOIS, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO OBTAIN SIGNATURES FOR INTERROGATORIES**

NOW COME Defendants, County of Cook, and the Sheriff of Cook County, through their attorney ANITA ALVAREZ, State's Attorney of Cook County, through her assistant, Assistant State's Attorney Patrick Smith, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. On June 23, 2010, This Court ordered Defendants "to supplement certain . . . responses to Plaintiff's First Set of Interrogatories (as identified in open court) by [July 7,] 2010."

2. Defense Counsel were unable to obtain Sheriff Dart's signature by July 7, 2010.

3. Therefore, Defendants request an extension of time to obtain Sheriff Dart's signature until July 21, 2010.

4. Counsel for Defendants spoke with Plaintiff's counsel, who agreed to this motion.

**WHEREFORE, DEFENDANT PRAYS:**

That This Honorable Court grant Defendants an enlargement of time until July 21, 2010 to obtain the signature of Thomas Dart for the interrogatories.

                Respectfully Submitted,

                ANITA ALVAREZ
                State's Attorney of Cook County

By:   /s/ Patrick S. Smith
       Patrick S. Smith
       Deputy Supervisor
       Conflicts Counsel Unit
       69 W. Washington, 20th floor
       Chicago, Illinois 60602
       (312) 603-1422